JS-6

FILED
CLERK, U.S. DISTRICT COURT

JAN 29, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DIANA VELZY,<br><br>    Plaintiff,<br><br>v.<br><br>RELIANCE STANDARD INSURANCE COMPANY,<br><br>    Defendants. | Case No: 2:18-cv-02129-VAP (AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18-cv-02129-VAP (AGRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its or her own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated:  January 29, 2019

_____
Honorable Virginia A. Phillips,
Chief United States District Judge